AARON D. FORD
  Attorney General
NATHAN C. HOLLAND, Bar No. 15247
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1254
E-mail:  NHolland@ag.nv.gov

*Attorneys for Defendants*
*Martin Naughton, Melissa Mitchell,*
*And John Keast*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. HERMANSON, | Case No. 3:20-cv-00311-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| JOHN KEAST, et al. | |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff, James E. Hermanson, pro se, and Defendants Martin Naughton, Melissa Mitchell, and John Keast, , by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan C. Holland, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | pursuant to the settlement terms agreed upon during the telephonic conference conducted

2 | March 03, 2021. Each party will bear their own attorney fees and costs.

AARON D. FORD
Attorney General

Dated: 3-22-2021

Dated: 3/29/2021

By: _____

James E. Hermanson, #84666
Plaintiff *Pro Se*

Nathan C. Holland, Bar No. 15247
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____

**U.S. DISTRICT JUDGE**

**DATED:** _____March 30_____, 2021.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of March, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

James E. Hermanson #84666
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

/s/Perla M. Hernandez
An employee of the
Office of the Attorney General